**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

KATHERINE FUCHS,[1]

Plaintiff,

v.

FRANK J. BISIGNANO,
Commissioner of the Social Security Administration,

Defendant.

CIVIL ACTION NO. 3:25-cv-00415

(SAPORITO, J.)

**ORDER**

Now before the court is a report and recommendation of United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the decision of the Commissioner in this case be affirmed. Doc. 21.

No objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

---

[1] Frank J. Bisignano became the Commissioner of Social Security on May 6, 2025. He has been automatically substituted in place of the original defendant, Leland Dudek. *See* Fed. R. Civ. P. 25(d); *see also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security). The caption in this case is amended to reflect this change.

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Caraballo (Doc. 21) is **ADOPTED**;

2. The Commissioner's administrative decision denying the plaintiff's application for supplemental security income is **AFFIRMED**;

3. The clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

4. The clerk is directed to mark this case as **CLOSED**.

Dated: September 21, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge